# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN HOLDEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a limited liability company, and DOES 1 to 10, inclusive,<br><br>Defendants | Case No. 8:19-cv-01632 JVS (DVMx)<br>[Filed: July 22, 2019]<br>[Removed: August 23, 2019]<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Having read and considered the parties' Joint Stipulation to Dismiss with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Case is dismissed with prejudice, with each party to bear its own costs

**IT IS SO ORDERED**.

DATED: June 15, 2020

*[signature]*

Honorable James V. Selna
United States District Judge